UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BROWN, II,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER M. KING, et al.,<br><br>　　　　　　Defendant(s). | No. 1:18-cv-01009 SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **FOR A PRISONER**, OR PAY FILING FEE WITHIN FORTY-FIVE (45) DAYS |

Plaintiff William Brown, II, is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on July 26, 2018. (ECF No. 1.) Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1.　The Clerk of the Court is directed to send to Plaintiff an application to proceed *in forma pauperis* for a prisoner;

2.　Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

///

1

3. <u>No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**July 27, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE