# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BROWN, II,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICER M. KING, et al.,<br><br>  Defendants. | Case No.: 1:8-cv-01009-DAD-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION AND REQUEST TO WITHDRAW PETITION<br><br>[ECF No. 9] |

Plaintiff William Brown, II, is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion and request to withdraw petition, filed on August 23, 2018. (ECF No. 9.) In his motion, Plaintiff states that he wishes to withdraw his petition in this action, as another matter is the "focal point" that needs to be adjudicated before he can support his claim in this matter. Based on the foregoing, the Court construes Plaintiff's motion as a notice to voluntarily dismiss this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no

| | |
|---|---|
| 1 | action had been brought, the defendant can't complain, and the district court lacks jurisdiction to |
| 2 | do anything about it." Id. at 1078. In this action, no defendant has been served, and no answer |
| 3 | or motion for summary judgment has been filed. |
| 4 | Accordingly, Plaintiff's motion and request to withdraw petition (ECF No. 9) is |
| 5 | construed as a notice of voluntary dismissal as stated above. This action, and all pending |
| 6 | motions and deadlines, are terminated by operation of law without further order from the Court. |
| 7 | Fed. R. Civ. P. 41(a)(1)(A)(i). |

IT IS SO ORDERED.

Dated: **August 27, 2018**

_____
UNITED STATES MAGISTRATE JUDGE